# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA COLA,<br><br>    Defendant. | Case No.: 2:22-cr-00263-JCM-NJK<br><br>**Order Setting Hearing**<br><br>[Docket No. 22] |

    Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 22.

    IT IS HEREBY ORDERED that the Court sets a hearing on this motion for July 12, 2023, at 2:00 p.m., in Courtroom 3C.

    IT IS FURTHER ORDERED that Defendant and his counsel must be present in the courtroom.

    IT IS SO ORDERED.

    Dated: June 29, 2023

                                                              Nancy J. Koppe<br>
                                                              United States Magistrate Judge