UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff(s),<br><br>      v.<br><br>JOSHUA COLA,<br><br>             Defendant(s). | Case No. 2:2-CR-263 JCM (NJK)<br><br>ORDER |

Presently before the court is defendant Joshua Cola's motion to continue the trial and pretrial motion deadline in this matter. (ECF No. 28). The government filed a notice of non-opposition (ECF No. 32).

In light of that non-opposition, and with good cause otherwise appearing, the court will grant the motion and extend the deadlines. There are a number of pending motions in this matter, and justice will be best served by continuing the trial date.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to continue (ECF No. 28) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that all deadlines in this matter shall be CONTINUED for thirty (30) days, and the current trial date shall be VACATED.

IT IS FURTHER ORDERED that within seven (7) days of this order, the parties shall file a stipulation resetting the trial date in this matter.

DATED August 2, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**