# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA COLA,

    Defendant.

Case No.: 2:22-cr-00263-JCM-NJK

**Order**

[Docket No. 35]

Pending before the Court is the parties' stipulation to continue the hearing on Defendant's motion to dismiss counsel. Docket No. 35. *See also* Docket No. 30 (motion to dismiss counsel).

For good cause shown, the parties' stipulation is **GRANTED**. Docket No. 35. The hearing currently scheduled for 10:00 a.m. on August 8, 2023, is **CONTINUED** to August 14, 2023, at 2:00 p.m. in Courtroom 3C. Defendant and his counsel must be present in the courtroom.

IT IS SO ORDERED.

Dated: August 3, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1