RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jawara_Griffin@fd.org

Attorney for Joshua Cola

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSHUA COLA,<br><br>           Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**Stipulation to Continue Objections to Report and Recommendation Deadline**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Joshua Cola, that the due date for the parties' Objections to R&R (ECF No. 48), be extended from November 17, 2023, to February 15, 2023; the due date for responses be extended to February 29, 2024; and the due date for replies be extended to March 7, 2024.

This Stipulation is entered into for the following reasons:

1. Defense Counsel needs additional time to meet with Mr. Cola to review the findings of the court

2. Mr. Cola is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the objections deadline.

DATED: November 14, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ *Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of the parties' Stipulation to Continue Objections to Report and Recommendation Deadline, the deadline to file Objections is extended to February 15, 2024; the deadline to file responses is extended to February 29, 2024; and the deadline to file replies is extended to March 7, 2024.

　　　DATED November 15, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE