RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Joshua Cola

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Change of Plea Hearing currently scheduled on May 17, 2024 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The Ninth Circuit Court of Appeals recently issued an opinion in *United States v. Duarte*, No. 22-50048, 2024 WL 2068016 (9th Cir. May 9, 2014), concluding that 18 U.S.C. § 922(g)(1) (i.e felon in possession of a firearm) is unconstitutional as applied to the defendant, a non-violent offender who had served prison time. *Duarte* is relevant to Mr. Cola's case as he

is also charged with felon in possession of a firearm under 18 U.S.C. § 922(g)(1). Defense counsel needs additional time to review the *Duarte* case, determine its implication in this case, and discuss the case with Mr. Cola prior to proceeding with a change of plea hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 16th day of May 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>JOSHUA COLA,<br><br>         Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**ORDER** |

   IT IS ORDERED that the Change of Plea hearing currently scheduled for Friday, May 17, 2024 at 10:30 a.m., be vacated and continued to **July 17, 2024, at 10:30 a.m.**

   DATED May 16, 2024.

_____
UNITED STATES DISTRICT JUDGE