RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Joshua Cola

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00263-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** (Second Request) |
| v. | |
| JOSHUA COLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Change of Plea Hearing currently scheduled on July 17, 2024 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      The Ninth Circuit Court of Appeals issued an opinion in *United States v. Duarte*, No. 22-50048, 2024 WL 2068016 (9th Cir. July 9, 2014), concluding that 18 U.S.C. § 922(g)(1) (i.e felon in possession of a firearm) is unconstitutional as applied to the defendant, a non-violent offender who had served prison time. *Duarte* is relevant to Mr. Cola's case as he is also

charged with felon in possession of a firearm under 18 U.S.C. § 922(g)(1).  Defense counsel needs additional time to discuss the case with Mr. Cola prior to proceeding with a change of plea hearing.

      2.     The defendant is in custody and agrees with the need for the continuance.

      3.     The parties agree to the continuance.

      This is the second request for a continuance of the Change of Plea hearing.

      DATED this 15th day of July 2024.

RENE L. VALLADARES                         JASON M. FRIERSON
Federal Public Defender                     United States Attorney


    */s/ Nisha Brooks-Whittington*              */s/ Melanee Smith*
By_____         By_____
NISHA BROOKS-WHITTINGTON            MELANEE SMITH
Assistant Federal Public Defender            Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,

           Plaintiff,

5

    v.

6

JOSHUA COLA,

7

           Defendant.

8

Case No. 2:22-cr-00263-JCM-NJK

**<u>ORDER</u>**

9

10

    IT IS ORDERED that the Change of Plea hearing currently scheduled for

11

Wednesday, July 17, 2024 at 10:30 a.m., be vacated and continued to **September 23, 2024,**

12

**at 10:00 a.m.**

13

    DATED July 16, 2024.

14

15

16

                                 _____

                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3