RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Joshua Cola

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA COLA,<br><br>Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Change of Plea Hearing currently scheduled on September 23, 2024 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The Ninth Circuit Court of Appeals recently voted to rehear en banc its decision in *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), *vacated pending reh'g en banc*, 108 F.4th 786 (9th Cir. 2024). Because *Duarte* is still pending and relevant to Mr. Cola's case as he is also charged with felon in possession of a firearm under 18 U.S.C. § 922(g)(1), Mr. Cola

needs additional time to determine how he wishes to proceed with his case before proceeding with a change of plea hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the Change of Plea hearing.

DATED this 5th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA COLA,<br><br>    Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**ORDER** |

IT IS ORDERED that the Change of Plea hearing currently scheduled for Monday, September 23, 2024 at 10:00 a.m., be vacated and continued to December 2, 2024 at the hour of 10:00 a.m.

DATED September 6, 2024.

_____
UNITED STATES DISTRICT JUDGE

3