RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Joshua Cola

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Change of Plea Hearing currently scheduled on March 3, 2025 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The Ninth Circuit Court of Appeals voted to rehear en banc its decision in *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), *vacated pending reh'g en banc*, 108 F.4th 786 (9th Cir. 2024).  A hearing was held December 11, 2024 and a decision is pending. Because *Duarte* is still pending and relevant to Mr. Cola's case as he is also charged with felon in

possession of a firearm under 18 U.S.C. § 922(g)(1), Mr. Cola needs additional time to determine how he wishes to proceed with his case before proceeding with a change of plea hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the Change of Plea hearing.

DATED this 24th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　Defendant. | Case No. 2:22-cr-00263-JCM-NJK<br><br>**ORDER** |

　　　IT IS ORDERED that the Change of Plea hearing currently scheduled for March 3, 2025 at 10:00 a.m., be vacated and continued to **June 2, 2025** at the hour of **10:00 a.m.**

　　　DATED February 26, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE